**B6F (Official Form 6F) (12/07)**

In re  Rogosnitzky, Benny
      **Debtor**

Case No. _____
           (if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistica Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. CV-034776-08<br><br>Samson Mangement<br>c/o Robert E. Judge<br>44 Court Street, Suite 1206<br>Brooklyn, NY 11201 | | | | | | X | $10,507<br>N.Y. Co. Civil Ct. |
| ACCT NO. 47-2123-0460-7606-2<br><br>Con Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276 | | | | | | | $2,000<br>Notice Only |
| ACCT NO. 11796457<br><br>Chase Auto Finance Corp.<br>c/o Leading Edge Recovery Solutions<br>5440 N. Cumberland Avenue<br>Suite 300<br>Chicago, IL 60656 | | | Consideration: repossessed Honda Odyssey | | | | $8,799<br>Notice Only |
| ACCT NO.<br><br>Supersol<br>661 Amsterdam Avenue<br>New York, NY 10025 | | | | | | | $803<br>Notice Only |

Page  1      MacForms  (509) 535-4382

B6F (Official Form 6F) (12/07) — Cont.

In re _____,    Case No. _____
         Debtor                                (if known)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 | | | | | | | $6,500<br>Notice Only |
| ACCT NO.<br>Mayerson Stutman Abramowitz<br>292 Madison Avenue, 18th Floor<br>New York, NY 10017 | | | | | | | $650<br>Notice Only |
| ACCT NO.<br>Valer Enterprises/Costco<br>1170 Lincoln Avenue<br>Suite 1<br>Holbrook, NY 11741 | | | | | | | $262<br>Notice Only |
| ACCT NO.<br>Bender, Burrows & Rosenthal<br>451 Park Avenue South<br>18th Floor<br>New York, NY 10016 | | | | | | | $62,772<br>Notice Only |
| ACCT NO.<br>Snitow, Kanfer, Holtzer & Millus<br>575 Lexington Avenue<br>New York, NY 10022 | | | | | | | $90,000<br>Notice Only |
| ACCT NO.<br>Michele Tortorelli, Esq.<br>444 Madison Avenue<br>New York, NY 10021 | | | | | | | $25,000<br>Notice Only |

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br>Dawn Cardi, Esq.<br>2 Park Avenue<br>New York, NY 10016 | | | | | | | $30,000<br>Notice Only |
| ACCT NO.<br>Poland Spring<br>P.O. Box 628<br>Wilkes Barr, PA 18703 | | | | | | | $755<br>Notice Only |
| ACCT NO.<br>CBL Path<br>2100 S.E. 17th Street<br>Ocala, FL 34471 | | | | | | | $160<br>Notice Only |
| ACCT NO. 04649374301736****<br>American Express<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | | | | | | | $80,000<br>Notice Only |
| ACCT NO.<br>Ashwood Financial, Inc.<br>P.O. Box 47707<br>Indianapolis, IN 46247-0707 | | | | | | | $200<br>Notice Only |
| ACCT NO.<br>Asher Kornbluth, M.D.<br>1751 York Avenue<br>New York, N.Y. 10168 | | | | | | | $1,000<br>Notice Only |

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br>90th and Amsterdam Cleaners<br>616 Amsterdam Avenue<br>New York, NY 10024 | | | | | | | $1,000<br>Notice Only |
| ACCT NO.<br>Rabbinical Seminary of America<br>76-01 147th Street<br>Flushing, NY 11367 | | | | | | | $700<br>Notice Only |
| ACCT NO. 650203/10<br>Gateways Organization, Inc.<br>c/o Storeh Amini & Munves, P.C.<br>Twoo Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, N.Y. 10017 | | | Consideration: loan to organization Cantor's World | | | X | $82,000<br>Sup. Ct. NY Co. |
| ACCT NO.<br>Kenneth Kirshenbaum, MD<br>350 Central Park West<br>New York, NY 10025 | | | Consideration: medical services, beginning of divorce | | | | $570<br>Notice Only |
| ACCT NO. ZLEA00470<br>City Wide Auto Leasing<br>1945 Utica Avenue<br>Brooklyn, NY 11234 | | | Consideration: auto lease | | | | $500<br>Notice Only |
| ACCT NO. 650203/10<br>Tzipora Spear<br>1148 59 Street<br>Brooklyn NY 11219 | | | Consideration: none; baseless claim | | | X | $0<br>NY. Co. Supreme |

B6F (Official Form 6F) (12/07)—Cont.

In re _____ Case No. _____
     Debtor                                              (if known)

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br>Manhattan Day School<br>310 W. 75th Street<br>New York, NY 10023-1699 | | | Consideration: daughter's school tuition | | | | $9,500<br>Notice Only |
| ACCT NO. 3620****<br>Sears/CBSD<br>P.O. Box 6189<br>Sioux Falls, SD 57117 | | | | | | | $0<br>Notice Only |
| ACCT NO. 54895551****<br>HSBC Bank<br>P.O. Box 5253<br>Carol Streem IL 60197 | | | | | | | $638<br>Notice Only |
| ACCT NO. 542539100404****<br>Chase Manhattan Bank<br>P.O. Box 15298<br>Wilmington, DE 91328 | | | | | | | $0<br>Notice Only |
| ACCT NO. 10827079205****<br>WF Financial<br>800 Walnut Street<br>Des Moines, IA 50309 | | | | | | | $0<br>Notice Only |
| ACCT NO. 72079**<br>Verizon New York, Inc.<br>500 Technoogy Dr.<br>Weldon Spring, MO 63304 | | | | | | | $250<br>Notice Only |

Page 5    *MacForms (509) 535-4382*

B6F (Official Form 6F) (12/07) — Cont.

In re _____ Debtor    Case No. _____
                                         (if known)

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. 1060941153****<br>Chase Auto Finance<br>PO Box 901076<br>TX 1-0056<br>Fort Worth, TX 76101-2076 | | | Consideration: auto lease | | | | $0<br>Notice Only |
| ACCT NO. 64019015****<br>Beneficial/HFC<br>P.O. Box 3425<br>Buffalo, N.Y. 14240 | | | | | | | $0<br>Notice Only |
| ACCT NO. 1052451205****<br>Chase Auto Finance<br>PO Box 901076<br>TX 1-0056<br>Fort Worth, TX 76101-2076 | | | Consideration: auto lease | | | | $0<br>Notice Only |
| ACCT NO. 01595**<br>Verizon New York, Inc.<br>500 Technoogy Dr.<br>Weldon Spring, MO 63304 | | | Consideration: phone service | | | | $346<br>Notice Only |
| ACCT NO. 78701****<br>Verizon New York, Inc.<br>500 Technoogy Dr.<br>Weldon Spring, MO 63304 | | | | | | | $0<br>Notice Only |
| ACCT NO. A171441****<br>Kenneth Kirshbaum, MD<br>c/o Bureau of Accounts<br>P..O. Box 538<br>Howell, NJ 0731 | | | | | | | $570<br>Notice Only |

### SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. D13798****<br>Ashwood Financial, Inc.<br>6319 S.East Street A<br>Indianapolis, IN 46227-7107 | | | Consideration: medical services | | | | $136<br>Notice Only |
| ACCT NO. 1155****<br>State Collection Service<br>2509 S. Stoughton Rd.<br>Madison, WI 53716 | | | | | | | $160<br>Notice Only |
| ACCT NO. 1645*****<br>Alliance One<br>6565 Kimball Dr.<br>Gig Harbor, WA 98335 | | | | | | | $394<br>Notice Only |
| ACCT NO.<br>Corporate Collection S<br>23550 Commerce Park STE<br>Beachwood, OH 44122 | | | | | | | $1,064<br>Notice Only |
| ACCT NO.<br>Kim's Dry Cleaning & Custom Tailors<br>200 W. 89th Street<br>New York, NY 10024 | | | | | | | $190<br>Notice Only |
| ACCT NO.<br>Gerald Rosen, DDS<br>59 E. 54th Street<br>Room 21<br>New York, NY 10022 | | | | | | | $335<br>Notice Only |

Debtor

In re _____   Case No. _____
(if known)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br>Bobbi Sternheim<br>156 Fifth Avenue<br>New York, NY 10010 | | | | | | | $1,000<br>Notice Only |
| ACCT NO.<br>Barry Stein, M.D.<br>Carnegie Hill Pediatrics<br>1125 Park Avenue<br>New York, NY 10128 | | | | | | | $0<br>Notice Only |
| ACCT NO.<br>Sheldon Eisenberger<br>30 Broad Street<br>New York, NY 10004 | | | | | | | $0<br>Notice Only |
| ACCT NO.<br>Joseph Pelleg Billig<br>921 East 12th Street<br>Brooklyn, NY 11219 | | | | | | | $0<br>Notice Only |
| ACCT NO.<br>Simcha D. Schonfeld, Esq.<br>Koss & Schonfeld<br>500 Fifth Avenue, Suite 3130<br>New York, New York 10110 | | | | | | | $20,000<br>Notice Only |
| ACCT NO.<br>Yeshiva Ketana<br>346 W. 89th Street<br>New York, NY 10034 | | | | | | | $19,000<br>Notice Only |